UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                              No. C-13-0153 EMC (pr)

SEAVON PIERCE,

          Plaintiff.                           **ORDER OF DISMISSAL**

_____/

       This action was opened on January 11, 2013, when the Court received from Seavon Pierce a letter about the conditions of confinement at the California State Prison in Lancaster. On that date, the Court notified Mr. Pierce in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Pierce did not file a complaint and the deadline by which to do so has long passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

       IT IS SO ORDERED.

Dated: April 25, 2013

                                                           _____
                                                           EDWARD M. CHEN
                                                          United States District Judge