**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re                                          No. C-13-0153 EMC (pr)

9   SEAVON PIERCE,

10              Plaintiff.                          **ORDER OF DISMISSAL**
    _____/

11

12          This action was opened on January 11, 2013, when the Court received from Seavon Pierce a

13   letter about the conditions of confinement at the California State Prison in Lancaster.  On that date,

14   the Court notified Mr. Pierce in writing that his action was deficient in that he had not attached a

15   complaint and had not filed an *in forma pauperis* application.  The Court further notified him that

16   this action would be dismissed if he did not submit a complaint within thirty days.  Mr. Pierce did

17   not file a complaint and the deadline by which to do so has long passed.  Accordingly, this action is

18   **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject

19   matter jurisdiction.  The Clerk shall close the file.  No filing fee is due.

20

21          IT IS SO ORDERED.

22

23   Dated:  April 25, 2013

24                                          _____
                                            EDWARD M. CHEN
25                                          United States District Judge

26

27

28